NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

*Correction: April 24, 2009

2008-5080

JOHN D. BOYER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

David P. Sheldon, Law Offices of David P. Sheldon, PLLC, of Washington, DC, for plaintiff-appellant.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director.  Of counsel was David W. Fink, Litigation Attorney, Office of the Judge Advocate General, United States Department of the Navy, of Washington, DC.

Appealed from:  United States Court of Federal Claims

Judge Lynn J. Bush

_____

*    Correction of lower court Judges name.